**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7889**

---

LEVERN HENRY,

                                        Plaintiff - Appellant,

        versus

STATE OF SOUTH CAROLINA,

                                        Defendant - Appellee.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Matthew J. Perry, Jr., Senior
District Judge. (CA-95-2908)

---

Submitted:  May 16, 1996              Decided:  May 29, 1996

---

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Levern Henry, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, although we grant Appellant's motions to supplement the record and his motion to amend his informal brief, we deny his motion for a detailed inventory of the pleadings in the record on appeal and affirm on the reasoning of the district court. <u>Henry v. South Carolina</u>, No. CA-95-2908 (D.S.C. Nov. 9, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>